

**FILED**

AUG 2 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

1  LAWRENCE G. BROWN
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:09MJ00203 SMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT AND PROPOSED ORDER |
| ROGELIO RAMOS FRAUSTO, | ) | |
| Defendant. | ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceedings.

This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

Dated: August 20, 2009                    Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          United States Attorney

                                    By:   /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

So ordered.

DATED: 8/20/09

                                          SANDRA M. SNYDER
                                          U.S. Magistrate Judge